# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| DARION LAMONT LEE, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:20-cv-00191-AGF |
| BILL STANGE | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's motion (Doc. No. 9) for leave to file an amended petition under 28 U.S.C. § 2254, to vacate, set aside, or correct his sentence. Respondent does not oppose Petitioner's motion.

For good cause shown and no opposition having been filed,

**IT IS HEREBY ORDERED** that Petitioner's motion for leave to file an amended § 2254 petition is **GRANTED**, subject to any defenses including untimeliness. (Doc. No. 9). The Clerk of Court shall detach Doc. No. 9-1 and file it as Petitioner's Amended Petition.

**IT IS FURTHER ORDERED** that Respondent shall have **forty-five (45) days** from the date of this Order to show cause in writing why the relief requested in Petitioner's amended petition should not be granted. Petitioner shall have **sixty (60) days** to file any reply.

                                                                             */s/ Audrey G. Fleissig*
                                                         AUDREY G. FLEISSIG
                                                         UNITED STATES DISTRICT JUDGE

Dated this 30th day of December, 2020.